United States District Court
Southern District of Texas
**ENTERED**
January 15, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JAIME GONZALEZ, *et al*, | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 7:15-CV-458 |
| WELLINGTON INSURANCE COMPANY, | § |
| Defendant. | § |

# **ORDER**

At the initial pretrial conference on January 12, 2016, the Court orally **REMANDED** this action. For the reasons stated at the conference,[1] the Court **REMANDS** this case, styled Cause No. C-4884-15-E *Jaime and Melissa Gonzalez v. Wellington Insurance Company*, back to the 275th District Court of Hidalgo County, Texas,

IT IS SO ORDERED.

DONE at McAllen, Texas, this 15th day of January, 2016.

_____
Micaela Alvarez
United States District Judge

---

[1] See Minute Entry for January 12, 2016.